NUMBER 13-07-00731-CR



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


______________________________________________________________

 

SERGIO GARCIA GONZALEZ, Appellant,


v.



THE STATE OF TEXAS, Appellee. 

_____________________________________________________________


On appeal from the 275th District Court 


of Hidalgo County, Texas.


______________________________________________________________


MEMORANDUM OPINION


 

Before Justices Rodriguez, Garza, and Benavides


Memorandum Opinion Per Curiam


 Appellant, Sergio Garcia Gonzalez, attempted to appeal the denial of a pretrial
application for a writ of habeas corpus. According to the district clerk's office, the trial court
did not sign an order denying this application. Accordingly, on December 17, 2007, the
Clerk of this Court notified appellant that it appeared that there was no final, appealable
order at issue in this cause, and requested correction of this defect within ten days or the
appeal would be dismissed. Appellant has failed to respond to the Court's directive. 

 Accordingly, the appeal is DISMISSED for want of jurisdiction. 


 PER CURIAM

Do not publish. See Tex. R. App. P. 47.2(b).


Memorandum Opinion delivered and

filed this the 10th day of April, 2008.